IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00836-RM-TPO

DETLEV HELMIG,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO BOARD OF REGENTS, a body corporate;
PHILIP DISTEFANO, in his official capacity as Chancellor of the University of Colorado-Boulder;
TERRI FIEZ,
GIFFORD MILLER,
MERRITT TURETSKY, in their individual capacities; and
GLEN GALLEGOS,
HEIDI GANAHL,
IRENE GRIEGO,
CHANCE HILL,
JOHN KROLL,
SUE SHARKEY,
LINDA SHOEMAKER, and
LESLEY SMITH, in their individual capacities as members of the University of Colorado Board of Regents;

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 65) by Senior District Judge Raymond P. Moore entered on September 12, 2023, it is

ORDERED that the Magistrate Judge Michael E. Hegarty's Recommendation is ADOPTED IN PART. It is further

ORDERED that judgment is hereby entered in favor of Defendants, Irene Griego; Chance Hill; John Kroll; Sue Sharkey; Linda Shoemaker; Lesley Smith; Glan Gallegos; and Heidi Ganahl, and against Plaintiff, Detlev Helmig, on Defendants' Motion to Dismiss.

Pursuant to the Order (Doc. 111) by Senior District Judge Raymond P. Moore entered on June 30, 2025, it is

ORDERED that judgment is hereby entered in favor of Defendants, The University of Colorado Board of Regents; Justin Schwartz; Terri Fiez; Gifford Miller; and Merritt Turetsky, and against Plaintiff, Detlev Helmig, on Defendants' Motion for Summary Judgment. It is further

ORDERED that Plaintiff's complaint and action are dismissed.

Dated this 30th day of June, 2025.

FOR THE COURT:
JEFFREY P. COLWELL

By:   s/ *Robert R. Keech*
         Robert R. Keech,
         Deputy Clerk