**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NUMBER: 1:22-cv-00836-RM-CYC

DETLEV HELMIG,
Plaintiff,
v.
THE UNIVERSITY OF COLORADO BOARD OF REGENTS, a body corporate; et al.,
Defendants.

---

**NOTICE OF APPEAL**

---

Plaintiff Detlev Helmig, through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on June 30, 2025.

Respectfully submitted this 29th day of July 2025.

JESTER GIBSON & MOORE, LLP

*/s/ Brian T. Moore*
Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO 80202
(303) 377-7888
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2025, a true and correct copy of the above and foregoing **NOTICE OF APPEAL** was served via CM/ECF to:

Hermine Kallman
Megan Clark
Erica Weston
1800 Grant Street, Suite 700
Denver, CO 80203
Tel. 303 860 5713
Fax 303 860 5650
e-mail: Hermine.kallman@cu.edu
e-mail: Megan.Clark@cu.edu
e-mail: Erica.Weston@cu.edu
Attorneys for Defendants

*/s/ Brian T. Moore*
Brian T. Moore