ALLMTN,APPEAL,JD1,MJ CIV PP,STAYDI,TERMED

# U.S. District Court − District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:22−cv−00836−RM−CYC

Helmig v. Board of Regents of the University of Colorado et al
Assigned to: Judge Raymond P. Moore
Referred to: Magistrate Judge Cyrus Y. Chung
Cause: 42:1983(d)(p) − Civil Right Denial of Due Process

Date Filed: 04/06/2022
Date Terminated: 06/30/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Detlev Helmig** represented by

**Rachel I. Tumin**
Jester Gibson & Moore, LLP
1999 Broadway
Suite 3225
Denver, CO 80202
303−377−7071
Email: rtumin@jgllp.com
*ATTORNEY TO BE NOTICED*

**Brian Thomas Moore**
Jester Gibson & Moore, LLP
1999 Broadway
Suite 3225
Denver, CO 80202
303−377−7888
Fax: 303−377−7075
Email: bmoore@jgllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Board of Regents of the University of Colorado**
*a body corporate* represented by

**Erica M. Weston**
University of Colorado at Denver
Office of University Counsel
1800 Grant Street
Suite 700
Denver, CO 80203
303−860−5691
Fax: 303−860−5650
Email: erica.weston@cu.edu
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
University of Colorado at Denver
Office of University Counsel
1800 Grant Street

Suite 700
Denver, CO 80203
303−860−5713
Fax: 303−860−5650
Email: hermine.kallman@cu.edu
*ATTORNEY TO BE NOTICED*

**Megan H. Clark**
The University of Colorado
Office of University Counsel
1800 Grant Street
Suite 700
Denver, CO 80233
303−860−5691
Email: megan.clark@cu.edu
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Distefano**
*Chancellor of the University of Colorado Boulder, in his official capacity*

represented by **Erica M. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan H. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glan Gallegos**
*The University of Colorado Board of Regents*
*TERMINATED: 09/12/2023*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heidi Ganahl**
*The University of Colorado Board of Regents*
*TERMINATED: 09/12/2023*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Irene Griego**
*The University of Colorado Board of Regents*
*TERMINATED: 09/12/2023*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

| | | |
|---|---|---|
| **Chance Hill**<br>*The University of Colorado Board of Regents*<br>*TERMINATED: 09/12/2023* | | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John Kroll**<br>*The University of Colorado Board of Regents*<br>*TERMINATED: 09/12/2023* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sue Sharkey**<br>*The University of Colorado Board of Regents*<br>*TERMINATED: 09/12/2023* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Linda Shoemaker**<br>*The University of Colorado Board of Regents*<br>*TERMINATED: 09/12/2023* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lesley Smith**<br>*The University of Colorado Board of Regents*<br>*TERMINATED: 09/12/2023* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Gregory Brown**<br>*Fiscal Compliance Analyst Campus Controllers Office*<br>*TERMINATED: 05/15/2024* | represented by | **Erica M. Weston**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Debbie Chapman**<br>*Senior Audit Manager Investigations, Internal Audit Department*<br>*TERMINATED: 05/15/2024* | represented by | **Erica M. Weston**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Estate of Frances Draper**
*TERMINATED: 11/09/2022*

**Defendant**

**Terri Fiez**
*Vice Chancellor for Research and Innovation and Dean of the Institutes*

represented by **Erica M. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan H. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melanie Marquez Parra**
*Former Director of Communications and Chief Spokesperson*
*TERMINATED: 05/15/2024*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gifford Miller**
*Associate Director of INSTAAR*

represented by **Erica M. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan H. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Moore**
*Provost and Executive Vice Chancellor for Academic Affairs*
*TERMINATED: 11/09/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chrystal Pochay**
*Financial and Accounting Program Manager INSTAAR*
*TERMINATED: 05/15/2024*

represented by **Erica M. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Smith**
*Director of Investigations Internal Audit Department*
*TERMINATED: 05/15/2024*

represented by **Erica M. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Thompson**
*Former Senior Audit Manager Internal Audit Department*
*TERMINATED: 05/15/2024*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merritt Turetsky**
*Director of INSTAAR*

represented by **Erica M. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan H. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Illana Dubin Spiegel**
*The University of Colorado Board of Regents*
*TERMINATED: 06/13/2023*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merritt (I) Turetsky**
*individual capacity*
*TERMINATED: 06/24/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gifford (I) Miller**
*individual capacity*
*TERMINATED: 06/24/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Terri (I) Fiez**
*individual capacity*
*TERMINATED: 06/24/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Russell (I) Moore**<br>*individual capacity*<br>*TERMINATED: 06/24/2022* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Frances Draper**
*Senior Strategic Advisor Community and Government Engagement*
*TERMINATED: 06/24/2022*

**Defendant**

**Frances (I) Draper**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

| | | |
|---|---|---|
| **Melanie (I) Marquez Parra**<br>*individual capacity*<br>*TERMINATED: 06/24/2022* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Steve Hurlbert**
*Director of Communications and Chief Spokesperson*
*TERMINATED: 06/24/2022*

**Defendant**

**Steve (I) Hurlbert**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Nicole Carleton**
*Project Manager Office of Contracts and Grants*
*TERMINATED: 06/24/2022*

**Defendant**

**Nicole (I) Carleton**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

| | | |
|---|---|---|
| **Chrystal (I) Pochay**<br>*individual capacity*<br>*TERMINATED: 06/24/2022* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Lindsay McCandless**
*Senior Human Resources Professional*
*INSTAAR*
*TERMINATED: 06/24/2022*

**Defendant**

**Lindsay (I) McCandless**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Debbie (I) Chapman**
*individual capacity*
*TERMINATED: 06/24/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve (I) Smith**
*individual capacity*
*TERMINATED: 06/24/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Mandel**
*Manager Investigations Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Sean (I) Mandel**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Agnessa Vartanova**
*Associate Vice President Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Agnessa (I) Vartanova**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Justin Arico**
*Audit Senior Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Justin (I) Arico**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Tim Dulaney**
*Audit Manager Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Tim (I) Dulaney**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Patty Durbin**
*Audit Manager Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Patty (I) Durbin**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Eric (I) Thompson**
*individual capacity*
*TERMINATED: 06/24/2022*

represented by **Hermine Kallman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brett Kellum**
*Senior Audit Manager Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Brett (I) Kellum**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Karisa McCulloch**
*Senior Audit Manager Internal Audit Department*

*TERMINATED: 06/24/2022*

**Defendant**

**Karisa (I) McCulloch**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

| | | |
|---|---|---|
| **Justin Smith**<br>*Audit Senior Internal Audit Department*<br>*TERMINATED: 06/24/2022* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Justin (I) Smith**<br>*individual capacity*<br>*TERMINATED: 06/24/2022* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Kathleen Sutherland**
*Senior Advisory Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Kathleen (I) Sutherland**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

**Sarah Tuttle**
*Audit Senior Internal Audit Department*
*TERMINATED: 06/24/2022*

**Defendant**

**Sarah (I) Tuttle**
*individual capacity*
*TERMINATED: 06/24/2022*

**Defendant**

| | | |
|---|---|---|
| **Gregory (I) Brown**<br>*individual capacity*<br>*TERMINATED: 06/24/2022* | represented by | **Hermine Kallman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Institute of Arctic and Alpine Research, The**
*INSTAAR*
*TERMINATED: 06/24/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2025 | 115 | NOTICE OF APPEAL as to 112 Clerk's Judgment, by Plaintiff Detlev Helmig (Filing fee $ 605, Receipt Number ACODC−10465209) (Moore, Brian) (Entered: 07/29/2025) |
| 07/15/2025 | 114 | Costs Taxed by Clerk in the amount of $6,596.89 against Plaintiff and in favor of Defendants. Costs awarded pursuant to the parties' Stipulation. (zcoth) (Entered: 07/15/2025) |
| 07/14/2025 | 113 | STIPULATED Proposed Bill of Costs by Defendants Merritt Turetsky, Board of Regents of the University of Colorado, Gifford Miller, Terri Fiez. Parties conferred on 7/14/2025.<br><br>The Proposed Bill of Costs is stipulated to in its entirety by all parties. No costs remain under dispute (Kallman, Hermine) (Entered: 07/14/2025) |
| 06/30/2025 | 112 | FINAL JUDGMENT by Clerk on 6/30/2025 in favor of Board of Regents of the University of Colorado, Chance Hill, Gifford Miller, Glan Gallegos, Heidi Ganahl, Irene Griego, John Kroll, Lesley Smith, Linda Shoemaker, Merritt Turetsky, Philip Distefano, Sue Sharkey, Terri Fiez against Detlev Helmig re: 111 Order on Motion for Summary Judgment entered by Judge Raymond P. Moore on 6/30/2025. (rkeec) (Entered: 06/30/2025) |
| 06/30/2025 | 111 | ORDER granting 88 Motion for Summary Judgment and directs the Clerk to ENTER JUDGMENT in Defendants favor and CLOSE this case. SO ORDERED by Judge Raymond P. Moore on 6/30/2025. (rkeec) (Entered: 06/30/2025) |
| 05/27/2025 | 110 | NOTICE *of Waiver and Acceptance of Service to Appear and Testify at Trial* by Plaintiff Detlev Helmig (Tumin, Rachel) (Entered: 05/27/2025) |
| 01/06/2025 | 109 | REASSIGNING MAGISTRATE JUDGE. This action is reassigned to Magistrate Judge Cyrus Y. Chung upon his appointment. All future pleadings should reference Magistrate Judge Chung at the end of the civil action number (such as 22−cv−00836−RM−CYC). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Chung in Courtroom C−205 in the Byron G. Rogers Courthouse, 1961 Stout St, Denver, CO 80294. If previously directed to contact Chief Magistrate Judge Michael E. Hegarty or his Chambers, parties shall instead contact Magistrate Judge Cyrus Y. Chung's Chambers at the following telephone number or email address: 303−335−2761, Chung_Chambers@cod.uscourts.gov. (Text only entry) (jdyne) (Entered: 01/06/2025) |
| 10/25/2024 | 108 | ORDER SETTING CASE FOR TRIAL. This matter has been scheduled for a five−day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on August 18, 2025 at 9:00 a.m. On the first day of trial to a jury, counsel are expected to be present at 8:30 a.m. to go over any final matters before the commencement of trial. A Trial Preparation Conference is set for July 25, 2025 at 9:00 a.m. in Courtroom A601 before Judge Raymond P. Moore. Counsel who will try the case shall attend in person. SO ORDERED by Judge Raymond P. Moore on 10/25/2024. (dgumb, ) (Entered: 10/25/2024) |
| 10/18/2024 | 107 | MINUTE ORDER: In light of the Final Pretrial Order entered by Magistrate Judge Michael E. Hegarty 105 , the parties are directed to jointly contact the Court's Judicial Assistant via email (Deanne_bader@cod.uscourts.gov) on or before 5:00 pm on Monday, October 21 2024, to obtain trial dates.SO ORDERED by Judge Raymond P. Moore on 10/18/2024. (Text Only Entry) (rmsec) (Entered: 10/18/2024) |

| | | |
|---|---|---|
| 10/17/2024 | 106 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Final Pretrial Conference held on 10/17/2024. FTR: A501. (cthom, ) (Entered: 10/18/2024) |
| 10/17/2024 | 105 | FINAL PRETRIAL ORDER. Entered by Magistrate Judge Michael E. Hegarty on 10/17/2024. (dgumb, ) (Entered: 10/18/2024) |
| 10/10/2024 | 104 | Proposed Pretrial Order by Plaintiff Detlev Helmig. (Attachments: # 1 Exhibit A − Plaintiff's Preliminary Witness List, # 2 Exhibit B − Defendants' Preliminary Witness List, # 3 Exhibit C − Plaintiff's Preliminary Exhibit List, # 4 D − Defendants' Preliminary Exhibit List)(Tumin, Rachel) (Entered: 10/10/2024) |
| 10/08/2024 | 103 | REPLY to Response to 89 MOTION for Summary Judgment − *Statement of Undisputed Material Facts* filed by Defendants Board of Regents of the University of Colorado, Philip Distefano, Terri Fiez, Gifford Miller, Merritt Turetsky. (Attachments: # 1 Exhibit Ex. Y plaintiff depo, # 2 Exhibit Ex. Z Apr 2019 app cover page, # 3 Exhibit Ex. AA Regent Law 1)(Kallman, Hermine) (Entered: 10/08/2024) |
| 10/08/2024 | 102 | REPLY to Response to 88 MOTION for Summary Judgment filed by Defendants Board of Regents of the University of Colorado, Philip Distefano, Terri Fiez, Gifford Miller, Merritt Turetsky. (Kallman, Hermine) (Entered: 10/08/2024) |
| 10/07/2024 | 101 | NOTICE *of Substitution of Party* by Plaintiff Detlev Helmig (Tumin, Rachel) (Entered: 10/07/2024) |
| 10/04/2024 | 100 | ORDER granting 99 Defendants' Motion for Extension of Time to File Reply in Support of Their Motion for Summary Judgment. Defendants shall have up to and including October 8, 2024, in which to file their Reply in Support of Motion for Summary Judgment. SO ORDERED by Judge Raymond P. Moore on 10/4/2024. (Text Only Entry)(rmsec) (Entered: 10/04/2024) |
| 10/02/2024 | 99 | Unopposed MOTION for Extension of Time to File Response/Reply as to 88 MOTION for Summary Judgment by Defendants Board of Regents of the University of Colorado, Philip Distefano, Terri Fiez, Gifford Miller, Merritt Turetsky. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Kallman, Hermine) (Entered: 10/02/2024) |
| 09/27/2024 | 98 | NOTICE *of Corrected Page 4 to 96 Plaintiff's Response to Defendant's Motion for Summary Judgment* by Plaintiff Detlev Helmig (Tumin, Rachel) (Entered: 09/27/2024) |
| 09/20/2024 | 97 | RESPONSE to 89 MOTION for Summary Judgment − *Statement of Undisputed Material Facts* filed by Plaintiff Detlev Helmig. (Attachments: # 1 Exhibit Ex. 1 − Plaintiff's Depo, # 2 Exhibit Ex. 2 − Emails re Longmont quote, # 3 Exhibit Ex. 3 − Helmig Declaration, # 4 Exhibit Ex. 4 Email re research professor appointment, # 5 Exhibit Ex. 5 Letter re reappointment, # 6 Exhibit 6 Email re term of appointment, # 7 Exhibit 7 Application for renewal, # 8 Exhibit 8 Email re reappointment, # 9 Exhibit 9 Fiez Depo, # 10 Exhibit 10 Email re Helmig reappointment, # 11 Exhibit 11 Email re Helmig reappointment application, # 12 Exhibit 12 Letter terminating Helmigs Associate Research Professor appointment, # 13 Exhibit 13 Miller Depo, # 14 Exhibit 14 Graduate School Appointment Letters, # 15 Exhibit 15 Graduate School Rules, # 16 Exhibit 16 − CU grant proposal to National Science Foundation, # 17 Exhibit 17 − Pay records, # 18 Exhibit 18 Emails re UBA, # 19 Exhibit 19 Emails re Longmont proposal, # 20 Exhibit 20 − Emails re Longmont project, # 21 Exhibit 21 Longmont−Boulder AIR contract, # 22 Exhibit 22 Email re Longmont contract, # 23 Exhibit 23 Email re Longmont contract concerns, # 24 Exhibit 24 − Turetsky Depo, # 25 Exhibit 25 Brown email re terminations, # 26 Exhibit Ex. 25−2 Email re Termination call, # 27 Exhibit Ex. 26 Research Professor Policy (2012), # 28 Exhibit Ex. 27 UCB Research Faculty Policy (2001)), # 29 Exhibit Ex. 28 CU Faculty Handbook, # 30 Exhibit Ex. 29 Regent Policy 5.C.3 (A), # 31 Exhibit Ex. 30 Research Professor Policy (2018), # 32 Exhibit Ex. 31 − Research Professor Policy remains unchanged today, # 33 Exhibit Ex. 32 Regent Policy 5.C, |

| | | |
|---|---|---|
| | | # 34 Exhibit Ex. 33 Regent Law 5.C, # 35 Exhibit Ex. 34 Delayed effective date, # 36 Exhibit Ex. 35 Regent Law 5, # 37 Exhibit Ex. 36 APS 5002, # 38 Exhibit Ex. 37 4−9−2008 Application for Renewal, # 39 Exhibit Ex. 38 5−1−2009 Letter, # 40 Exhibit Ex. 39 − 7−24−2019 Email re Longmont Contract, # 41 Exhibit Ex. 40 − 3−10−2020 Email, # 42 Exhibit Ex. 41 − Rosse Depo Transcript, # 43 Exhibit Ex. 42 − Academic and Researcher Conflicts of Interest, # 44 Exhibit Ex. 43 − 3−22−2018 Email, # 45 Exhibit Ex. 44 − 7−3−2019 Email, # 46 Exhibit Ex. 45 − Policy 5E, # 47 Exhibit Ex. 46 2−25−2019 Email, # 48 Exhibit Ex. 47 − DEPA, # 49 Exhibit Ex. 48 − 3−11−2020 Email)(Tumin, Rachel) (Entered: 09/20/2024) |
| 09/20/2024 | 96 | RESPONSE to 88 MOTION for Summary Judgment filed by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 09/20/2024) |
| 09/11/2024 | 95 | ORDER granting 94 Plaintiff's Unopposed Motion for Leave to Exceed Page Limits for Response to Defendants' Motion for Summary Judgment. SO ORDERED by Judge Raymond P. Moore on 9/11/2024. (Text Only Entry)(rmsec) (Entered: 09/11/2024) |
| 09/10/2024 | 94 | Unopposed MOTION for Leave to File Excess Pages *for Response to Defendant's Motion for Summary Judgment* by Plaintiff Detlev Helmig. (Attachments: # 1 Proposed Order (PDF Only))(Tumin, Rachel) (Entered: 09/10/2024) |
| 09/04/2024 | 93 | ORDER granting 92 Plaintiff's Renewed Unopposed Motion to Extend Deadline to Respond to Defendants' Motion for Summary Judgment. SO ORDERED by Judge Raymond P. Moore on 9/4/2024. (Text Only Entry)(rmsec) (Entered: 09/04/2024) |
| 09/03/2024 | 92 | Renewed MOTION for Extension of Time to File Response/Reply as to 88 MOTION for Summary Judgment by Plaintiff Detlev Helmig. (Attachments: # 1 Proposed Order (PDF Only))(Tumin, Rachel) (Entered: 09/03/2024) |
| 09/03/2024 | 91 | ORDER: This matter comes before the Court with the filing of Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motion for Summary Judgment 90 , which the Court DENIES. This Court's Civil Practice Standards are clear. When moving for an extension of time, a party must show "good cause." Civil Practice Standard IV(K)(1). Moreover, the agreement of counsel is not good cause. *Id*. Plaintiff provides no cause, good or otherwise, for their requested extension. Therefore, the Court must deny the motion. Additionally, counsel must serve the client in compliance with D.C.COLO.LCivR 6.1(c). SO ORDERED by Judge Raymond P. Moore on 9/3/2024.(rmsec) (Entered: 09/03/2024) |
| 08/30/2024 | 90 | Unopposed MOTION for Extension of Time to File Response/Reply as to 88 MOTION for Summary Judgment by Plaintiff Detlev Helmig. (Attachments: # 1 Proposed Order (PDF Only))(Tumin, Rachel) (Entered: 08/30/2024) |
| 08/16/2024 | 89 | MOVANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF 88 MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56 by Defendants Board of Regents of the University of Colorado, Philip Distefano, Terri (I) Fiez, Gifford (I) Miller, Merritt (I) Turetsky. (Attachments: # 1 Exhibit Ex. A − 2003 Letter of Appointment, # 2 Exhibit Ex. B − RIO Policy, # 3 Exhibit Ex. C − Plaintiff Deposition, # 4 Exhibit Ex. D − Regent Policy 5L, # 5 Exhibit Ex. E − Email re ATOC declining reappointment, # 6 Exhibit Ex. F − Miller Deposition, # 7 Exhibit Ex. G − 1−11−19 Miller email re reappointment, # 8 Exhibit Ex. H − Gooseff emails re promotion status, # 9 Exhibit Ex. I − Fiez Deposition, # 10 Exhibit Ex. J − APS 2027 Code of Conduct, # 11 Exhibit Ex. K − Academic and Researcher Conflicts of Interest and Commitment Policy and Standards, # 12 Exhibit Ex. L − Fiscal Code of Ethics, # 13 Exhibit Ex. M − 2018 MOU, # 14 Exhibit Ex. N − 7−1−19 Brown email re Longmont, # 15 Exhibit Ex. O − 8−5−19 Fiez email re Longmont, # 16 Exhibit Ex. P − Fiez email re Longmont, # 17 Exhibit Ex. Q − 7−19−19 Plaintiff email to Miller re Longmont, # 18 Exhibit Ex. R − 8−15−19 Longmont Agreement, # 19 Exhibit Ex. S − 12−18−19 Wilson email re Longmont contract, # 20 Exhibit Ex. |

| | | |
|---|---|---|
| | | T − 10−29−19 Webber email re INSTAAR proposal for Broomfield monitoring, # 21 Exhibit Ex. U − Broomfield City Council Resolution, # 22 Exhibit Ex. V − 2−26−20 Pritchard email re Broomfield Contract, # 23 Exhibit Ex. W − Turetsky Deposition, # 24 Exhibit Ex. X − 4−7−20 Notice of Termination)(Kallman, Hermine) Modified on 8/16/2024 to remove gavel and update title(dgumb, ). (Entered: 08/16/2024) |
| 08/16/2024 | 88 | MOTION for Summary Judgment by Defendants Board of Regents of the University of Colorado, Philip Distefano, Terri (I) Fiez, Gifford (I) Miller, Merritt (I) Turetsky. (Kallman, Hermine) (Entered: 08/16/2024) |
| 05/21/2024 | 87 | NOTICE of Entry of Appearance by Megan H. Clark on behalf of Board of Regents of the University of Colorado, Philip Distefano, Terri Fiez, Gifford Miller, Merritt TuretskyAttorney Megan H. Clark added to party Board of Regents of the University of Colorado(pty:dft), Attorney Megan H. Clark added to party Philip Distefano(pty:dft), Attorney Megan H. Clark added to party Terri Fiez(pty:dft), Attorney Megan H. Clark added to party Gifford Miller(pty:dft), Attorney Megan H. Clark added to party Merritt Turetsky(pty:dft) (Clark, Megan) (Entered: 05/21/2024) |
| 05/21/2024 | 86 | PROTECTIVE ORDER. Entered by Magistrate Judge Michael E. Hegarty on 5/21/2024. (dgumb, ) (Entered: 05/21/2024) |
| 05/20/2024 | 85 | ORDER granting 83 the Parties' Stipulated Motion for Entry of Revised Protective Order for good cause shown. The Court will separately issue the proposed protective order. Entered by Chief Magistrate Judge Michael E. Hegarty on 5/20/24. Text Only Entry (mehlc5) (Entered: 05/20/2024) |
| 05/20/2024 | 84 | MEMORANDUM regarding 83 Stipulated MOTION for Protective Order filed by Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 5/20/2024. (Text Only Entry) (rmsec) (Entered: 05/20/2024) |
| 05/20/2024 | 83 | Stipulated MOTION for Protective Order by Plaintiff Detlev Helmig. (Attachments: # 1 Exhibit Proposed Protective Order)(Tumin, Rachel) (Entered: 05/20/2024) |
| 05/15/2024 | 82 | ORDER denying without prejudice the Parties' 80 "Stipulated Motion for Entry of Protective Order" for noncompliance with the Magistrate Judges' Uniform Civil Practice Standards, which are available on the Court's homepage and each Magistrate Judge's webpage. Pursuant to D.C.COLO.MJ V.5, a proposed protective order "must state...the Court will not retain jurisdiction over a matter once the case is closed" and "should not permit the filing of opposed discovery motions and should instead reflect the discovery dispute process...." Here, the Parties' proposed protective order fails to comply with both of these requirements. The Parties may file a motion with a revised, proposed protective order attached complying with these Practice Standards and jointly email a Word copy of the proposed protective order to Chief Magistrate Judge Hegarty's Chambers (hegarty_chambers@cod.uscourts.gov). Entered by Chief Magistrate Judge Michael E. Hegarty on 5/15/24. Text Only Entry (mehlc5) (Entered: 05/15/2024) |
| 05/15/2024 | 81 | MEMORANDUM regarding 80 Stipulated Motion for Protective Order by Plaintiff Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 5/15/2024. Text Only Entry (dgumb, ) (Entered: 05/15/2024) |
| 05/14/2024 | 80 | Stipulated MOTION for Protective Order by Plaintiff Detlev Helmig. (Attachments: # 1 Proposed Order (PDF Only) Protective Order)(Tumin, Rachel) (Entered: 05/14/2024) |
| 05/14/2024 | 79 | NOTICE of Voluntary Dismissal of Party *Gregory Brown, Debbie Chapman, Melanie Marquez Parra, Chrystal Pochay, Steve Smith, and Eric Thompson* by Plaintiff Detlev Helmig (Tumin, Rachel) (Entered: 05/14/2024) |
| 04/09/2024 | 78 | |

| | | |
|---|---|---|
| | | ORDER granting 76 Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines. The Court modifies the case schedule as follows, Affirmative Expert Designations: **May 3, 2024** and Rebuttal Expert Designations: **June 14, 2024.** The other case deadlines remain as set. *See* ECF 74. Entered by Chief Magistrate Judge Michael E. Hegarty on 04/09/2024. Text Only Entry (mehlc7) (Entered: 04/09/2024) |
| 04/09/2024 | 77 | MEMORANDUM regarding 76 Unopposed MOTION for Extension of Time to File Expert Disclosures filed by Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 4/9/2024. (Text Only Entry) (rmsec) (Entered: 04/09/2024) |
| 04/08/2024 | 76 | Unopposed MOTION for Extension of Time to *File Expert Disclosures* by Plaintiff Detlev Helmig. (Attachments: # 1 Proposed Order (PDF Only))(Moore, Brian) (Entered: 04/08/2024) |
| 03/14/2024 | 75 | NOTICE of Entry of Appearance *of Erica Weston* by Erica M. Weston on behalf of Board of Regents of the University of Colorado, Gregory Brown, Debbie Chapman, Philip Distefano, Terri Fiez, Gifford Miller, Chrystal Pochay, Steve Smith, Merritt TuretskyAttorney Erica M. Weston added to party Board of Regents of the University of Colorado(pty:dft), Attorney Erica M. Weston added to party Gregory Brown(pty:dft), Attorney Erica M. Weston added to party Debbie Chapman(pty:dft), Attorney Erica M. Weston added to party Philip Distefano(pty:dft), Attorney Erica M. Weston added to party Terri Fiez(pty:dft), Attorney Erica M. Weston added to party Gifford Miller(pty:dft), Attorney Erica M. Weston added to party Chrystal Pochay(pty:dft), Attorney Erica M. Weston added to party Steve Smith(pty:dft), Attorney Erica M. Weston added to party Merritt Turetsky(pty:dft) (Weston, Erica) (Entered: 03/14/2024) |
| 02/22/2024 | 74 | ORDER granting 72 the Parties' Joint Motion to Amend Scheduling Order for good cause shown. The Court modifies the case schedule as follows: Affirmative Expert Designations: **April 19, 2024**; Rebuttal Expert Designations: **May 31, 2024**; Discovery Cut−Off: **June 28, 2024**; Dispositive Motions deadline: **August 16, 2024**.<br>In light of these changes, the Final Pretrial Conference currently set for September 9, 2024, is vacated and reset to **October 17, 2024, at 10:00 AM** in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. **On or before October 10, 2024,** the Parties shall file a proposed Final Pretrial Order and submit a Word−version to Chambers at Hegarty_chambers@cod.uscourts.gov. Entered by Chief Magistrate Judge Michael E. Hegarty on 02/22/2024. Text Only Entry (mehlc7) (Entered: 02/22/2024) |
| 02/22/2024 | 73 | MEMORANDUM regarding 72 Joint MOTION to Amend/Correct/Modify 71 Scheduling Order filed by Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 2/22/2024. (Text Only Entry) (rmsec) (Entered: 02/22/2024) |
| 02/22/2024 | 72 | Joint MOTION to Amend/Correct/Modify 71 Scheduling Order by Plaintiff Detlev Helmig. (Attachments: # 1 Exhibit Redline of Second Amended Scheduling Order, # 2 Proposed Order (PDF Only) Second Amended Scheduling Order)(Tumin, Rachel) (Entered: 02/22/2024) |
| 10/16/2023 | 71 | AMENDED SCHEDULING ORDER by Magistrate Judge Michael E. Hegarty on 10/16/2023. (jtorr, ) (Entered: 10/17/2023) |
| 10/16/2023 | 70 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Scheduling Conference held on 10/16/2023. FTR: A501. (cthom, ) (Entered: 10/17/2023) |
| 10/09/2023 | 69 | Proposed Scheduling Order *Amended* by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 10/09/2023) |
| 09/26/2023 | 68 | *Defendants'* ANSWER to 7 Amended Complaint,, by Board of Regents of the University of Colorado, Gregory Brown, Debbie Chapman, Philip Distefano, Terri Fiez, Gifford Miller, Chrystal Pochay, Steve Smith, Eric Thompson, Merritt Turetsky.(Kallman, Hermine) (Entered: |

| | | |
|---|---|---|
| | | 09/26/2023) |
| 09/19/2023 | 67 | MINUTE ORDER: The previously set Final Pretrial Conference set for October 16, 2023 at 1:00 p.m. is hereby **VACATED**. Rather, the Court shall hold a Fed. R. Civ. P. 16(b) Scheduling Conference on **October 16, 2023 at 1:15 p.m.** in Courtroom A−501 before Magistrate Judge Michael E. Hegarty. Proposed Scheduling Order due 10/6/2023. Entered by Magistrate Judge Michael E. Hegarty on 9/19/2023. (jtorr, ) (Entered: 09/19/2023) |
| 09/12/2023 | 66 | Party Irene Griego (The University of Colorado Board of Regents), Chance Hill (The University of Colorado Board of Regents), John Kroll (The University of Colorado Board of Regents), Sue Sharkey (The University of Colorado Board of Regents), Linda Shoemaker (The University of Colorado Board of Regents), Lesley Smith (The University of Colorado Board of Regents), Glan Gallegos (The University of Colorado Board of Regents) and Heidi Ganahl (The University of Colorado Board of Regents) terminated pursuant to the 65 Order. Text Only Entry (schap, ) (Entered: 09/12/2023) |
| 09/12/2023 | 65 | ORDER. The Regent Defendants' 57 Objections are **OVERRULED IN PART and SUSTAINED IN PART**, and their 31 Motion to Dismiss is **GRANTED**. Plaintiff has no remaining claims against these Defendants. Plaintiff's Objections are **SUSTAINED IN PART and OVERRULED IN PART**, and the Non−Regent's 34 Motion to Dismiss is **GRANTED**. The 56 Recommendation is **ADOPTED IN PART** as to the magistrate judge's recitation of the relevant factual allegations and the portions of its analysis which are consistent with the conclusions reached in this Order. Otherwise, to the extent the Recommendation is inconsistent with the conclusions in this Order, it is **REJECTED**. By Judge Raymond P. Moore on 9/12/2023.(schap, ) (Entered: 09/12/2023) |
| 06/20/2023 | 64 | REPLY to Response to Objection to 56 Report and Recommendations,, filed by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 06/20/2023) |
| 06/20/2023 | 63 | REPLY to Response to Objection to 56 Report and Recommendations,, filed by Defendants Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Sue Sharkey, Linda Shoemaker, Lesley Smith. (Kallman, Hermine) (Entered: 06/20/2023) |
| 06/13/2023 | 62 | Party Illana Dubin Spiegel terminated pursuant to 60 Notice of Dismissal. Text Only Entry. (jtorr, ) (Entered: 06/13/2023) |
| 06/13/2023 | 61 | RESPONSE to Objection to 56 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 34 Amended MOTION to Dismiss *First Amended Complaint* filed by Gifford (I) Miller, Terri (I) Fiez, Terri Fiez, Eric Thompson, Chrystal Pochay, Russell Moore, Gregory (I) Brown, Melan filed by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 06/13/2023) |
| 06/13/2023 | 60 | NOTICE of Voluntary Dismissal of Party *of Illana Dubin Spiegel* by Plaintiff Detlev Helmig (Tumin, Rachel) (Entered: 06/13/2023) |
| 06/13/2023 | 59 | RESPONSE to Objection to 56 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 34 Amended MOTION to Dismiss *First Amended Complaint* filed by Gifford (I) Miller, Terri (I) Fiez, Terri Fiez, Eric Thompson, Chrystal Pochay, Russell Moore, Gregory (I) Brown, Melan filed by Defendants Board of Regents of the University of Colorado, Gregory Brown, Debbie Chapman, Philip Distefano, Illana Dubin Spiegel, Terri Fiez, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Melanie Marquez Parra, Gifford Miller, Chrystal Pochay, Sue Sharkey, Linda Shoemaker, Lesley Smith, Steve Smith, Eric Thompson, Merritt Turetsky. (Kallman, Hermine) (Entered: 06/13/2023) |
| 05/30/2023 | 58 | OBJECTION to 56 Report and Recommendations filed by Plaintiff Detlev Helmig. (Moore, Brian) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 57 | OBJECTION to 56 Report and Recommendations *regarding Regent Defendants' Motion to Dismiss* filed by Defendants Illana Dubin Spiegel, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Sue Sharkey, Linda Shoemaker, Lesley Smith. (Kallman, Hermine) (Entered: 05/30/2023) |
| 05/15/2023 | 56 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Michael E. Hegarty on 15 May 2023. Accordingly, this Court respectfully RECOMMENDS that: Regent Defendants' Motion to Dismiss First Amended Complaint 31 be granted in part and denied in part. Non−Regent Defendants' Amended Motion to Dismiss First Amended Complaint 34 be granted in part and denied in part. The claims asserted in Count II against Defendant Terri Feiz would be dismissed on the grounds that Plaintiff voluntarily withdraws this claim. (cmadr, ) Modified to correct entry on 5/17/2023 (cmadr, ). (Entered: 05/15/2023) |
| 02/14/2023 | 55 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Status Conference held on 2/14/2023. FTR: A501. (cthom, ) (Entered: 02/14/2023) |
| 01/30/2023 | 54 | ORDER re: 34 Amended MOTION to Dismiss *First Amended Complaint* filed by Gifford (I) Miller, Terri (I) Fiez, Terri Fiez, Eric Thompson, Chrystal Pochay, Russell Moore, Gregory (I) Brown, Melanie (I) Marquez Parra, Justin (I) Smith, Merritt (I) Turetsky, Russell (I) Moore, Debbie Chapman, Chrystal (I) Pochay, Gifford Miller, Debbie (I) Chapman, Board of Regents of the University of Colorado, Merritt Turetsky, Justin Smith, Gregory Brown, Philip Distefano, Eric (I) Thompson, Melanie Marquez Parra, and 31 MOTION to Dismiss *First Amended Complaint* filed by Sue Sharkey, Lesley Smith, Irene Griego, Heidi Ganahl, Illana Dubin Spiegel, Chance Hill, John Kroll, Board of Regents of the University of Colorado, Glan Gallegos, Linda Shoemaker. A STATUS CONFERENCE and Argument on said motions is hereby set for 2/14/2023 01:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Entered by Magistrate Judge Michael E. Hegarty on 1/30/23. Text Only Entry (mehlc4, ) (Entered: 01/30/2023) |
| 11/23/2022 | 53 | ORDER by Magistrate Judge Michael E. Hegarty on 23 November 2022. Accordingly, Defendants' Motion to Stay Discovery 37 is granted. The Court stays discovery until final ruling on the Motions to Dismiss (ECF 31 & 34 ). Within five business days of the final ruling on both Motions to Dismiss, the parties shall file a joint motion to lift the stay and to modify the pre−trial deadlines as appropriate.(cmadr, ) (Entered: 11/23/2022) |
| 11/22/2022 | 52 | REPLY to Response to 37 MOTION to Stay *Discovery* filed by Defendants Board of Regents of the University of Colorado, Gregory Brown, Debbie Chapman, Philip Distefano, Illana Dubin Spiegel, Terri Fiez, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Melanie Marquez Parra, Gifford Miller, Chrystal Pochay, Sue Sharkey, Linda Shoemaker, Lesley Smith, Steve Smith, Eric Thompson, Merritt Turetsky. (Kallman, Hermine) (Entered: 11/22/2022) |
| 11/22/2022 | 51 | REPLY to Response to 34 Amended MOTION to Dismiss *First Amended Complaint*, 31 MOTION to Dismiss *First Amended Complaint* filed by Defendants Board of Regents of the University of Colorado, Gregory Brown, Debbie Chapman, Philip Distefano, Illana Dubin Spiegel, Terri Fiez, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Melanie Marquez Parra, Gifford Miller, Chrystal Pochay, Sue Sharkey, Linda Shoemaker, Lesley Smith, Steve Smith, Eric Thompson, Merritt Turetsky. (Attachments: # 1 Exhibit C, # 2 Exhibit D)(Kallman, Hermine) (Entered: 11/22/2022) |
| 11/09/2022 | 50 | Party Estate of Frances Draper and Russell Moore (Provost and Executive Vice Chancellor for Academic Affairs) terminated pursuant to the 46 notice of voluntary dismissal filed in this case. Text Only Entry. (sdunb, ) (Entered: 11/09/2022) |
| 11/09/2022 | 49 | ORDER granting 45 Motion for Leave to File Excess Pages. SO ORDERED by Judge Raymond P. Moore on 11/9/2022. (Text Only Entry)(rmsec) (Entered: 11/09/2022) |

| | | |
|---|---|---|
| 11/08/2022 | 48 | RESPONSE to 34 Amended MOTION to Dismiss *First Amended Complaint*, 31 MOTION to Dismiss *First Amended Complaint* filed by Plaintiff Detlev Helmig. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Tumin, Rachel) (Entered: 11/08/2022) |
| 11/08/2022 | 47 | RESPONSE to 37 MOTION to Stay *Discovery* filed by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 11/08/2022) |
| 11/08/2022 | 46 | NOTICE of Voluntary Dismissal of Party *of Estate of Frances Draper and Russell Moore* by Plaintiff Detlev Helmig (Tumin, Rachel) (Entered: 11/08/2022) |
| 11/07/2022 | 45 | Unopposed MOTION for Leave to File Excess Pages *AND COMBINE PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS FOR DISMISSAL* by Plaintiff Detlev Helmig. (Attachments: # 1 Proposed Order (PDF Only))(Tumin, Rachel) (Entered: 11/07/2022) |
| 10/27/2022 | 44 | ORDER granting 42 Unopposed Motion for Extension of Time. For good cause shown, the deadline for Plaintiff to respond to 37 MOTION to Stay *Discovery* is extended to November 8, 2022. by Magistrate Judge Michael E. Hegarty on 10/27/2022. Text Only Entry(mehlc1, ) (Entered: 10/27/2022) |
| 10/27/2022 | 43 | MEMORANDUM regarding 42 Unopposed MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Stay *Discovery* filed by Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 10/27/2022. (Text Only Entry) (rmsec) (Entered: 10/27/2022) |
| 10/27/2022 | 42 | Unopposed MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Stay *Discovery* by Plaintiff Detlev Helmig. (Moore, Brian) (Entered: 10/27/2022) |
| 10/20/2022 | 41 | ORDER granting 39 Unopposed Motion for Extension of Time. For good cause shown, the deadline for Plaintiff to respond to 34 Amended MOTION to Dismiss *First Amended Complaint* and 31 MOTION to Dismiss *First Amended Complaint* is extended to November 8, 2022. by Magistrate Judge Michael E. Hegarty on 10/20/2023. Text Only Entry(mehlc1, ) (Entered: 10/20/2022) |
| 10/20/2022 | 40 | MEMORANDUM regarding 39 Unopposed MOTION for Extension of Time to File Response/Reply as to 34 Amended MOTION to Dismiss *First Amended Complaint*, 31 MOTION to Dismiss *First Amended Complaint* filed by Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 10/20/2022. (Text Only Entry) (rmsec) (Entered: 10/20/2022) |
| 10/20/2022 | 39 | Unopposed MOTION for Extension of Time to File Response/Reply as to 34 Amended MOTION to Dismiss *First Amended Complaint*, 31 MOTION to Dismiss *First Amended Complaint* by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 10/20/2022) |
| 10/07/2022 | 38 | MEMORANDUM regarding 37 MOTION to Stay *Discovery* filed by Gifford (I) Miller, Steve (I) Smith, Terri (I) Fiez, Sue Sharkey, Terri Fiez, Eric Thompson, Lesley Smith, Chrystal Pochay, Russell Moore, Irene Griego, Gregory (I) Brown, Melanie (I) Marquez Parra, Heidi Ganahl, Illana Dubin Spiegel, Merritt (I) Turetsky, Russell (I) Moore, Debbie Chapman, Chance Hill, Chrystal (I) Pochay, John Kroll, Gifford Miller, Debbie (I) Chapman, Board of Regents of the University of Colorado, Merritt Turetsky, Glan Gallegos, Gregory Brown, Steve Smith, Philip Distefano, Eric (I) Thompson, Linda Shoemaker, Melanie Marquez Parra. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 10/7/2022. (Text Only Entry) (rmsec) (Entered: 10/07/2022) |
| 10/06/2022 | 37 | MOTION to Stay *Discovery* by Defendants Board of Regents of the University of Colorado, Gregory Brown, Gregory (I) Brown, Debbie Chapman, Debbie (I) Chapman, Philip Distefano, |

| | | |
|---|---|---|
| | | Illana Dubin Spiegel, Terri Fiez, Terri (I) Fiez, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Melanie Marquez Parra, Melanie (I) Marquez Parra, Gifford Miller, Gifford (I) Miller, Russell Moore, Russell (I) Moore, Chrystal Pochay, Chrystal (I) Pochay, Sue Sharkey, Linda Shoemaker, Lesley Smith, Steve Smith, Steve (I) Smith, Eric Thompson, Eric (I) Thompson, Merritt Turetsky, Merritt (I) Turetsky. (Kallman, Hermine) (Entered: 10/06/2022) |
| 10/04/2022 | 36 | ORDER terminating 32 Motion to Dismiss as a pending motion for administrative purposes only in light of the amended version of that same motion that the moving Defendants file at ECF 34. by Magistrate Judge Michael E. Hegarty on 10/04/2022. Text Only Entry(mehlc1, ) (Entered: 10/04/2022) |
| 10/04/2022 | 35 | MEMORANDUM regarding 34 Amended MOTION to Dismiss *First Amended Complaint* filed by Gifford (I) Miller, Terri (I) Fiez, Terri Fiez, Eric Thompson, Chrystal Pochay, Russell Moore, Gregory (I) Brown, Melanie (I) Marquez Parra, Justin (I) Smith, Merritt (I) Turetsky, Russell (I) Moore, Debbie Chapman, Chrystal (I) Pochay, Gifford Miller, Debbie (I) Chapman, Board of Regents of the University of Colorado, Merritt Turetsky, Justin Smith, Gregory Brown, Philip Distefano, Eric (I) Thompson, Melanie Marquez Parra. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 10/4/2022. (Text Only Entry) (rmsec ) (Entered: 10/04/2022) |
| 10/04/2022 | 34 | Amended MOTION to Dismiss *First Amended Complaint* by Defendants Board of Regents of the University of Colorado, Gregory Brown, Gregory (I) Brown, Debbie Chapman, Debbie (I) Chapman, Philip Distefano, Terri Fiez, Terri (I) Fiez, Melanie Marquez Parra, Melanie (I) Marquez Parra, Gifford Miller, Gifford (I) Miller, Russell Moore, Russell (I) Moore, Chrystal Pochay, Chrystal (I) Pochay, Justin Smith, Justin (I) Smith, Eric Thompson, Eric (I) Thompson, Merritt Turetsky, Merritt (I) Turetsky. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kallman, Hermine) (Entered: 10/04/2022) |
| 10/04/2022 | 33 | MEMORANDUM regarding 32 MOTION to Dismiss *First Amended Complaint* filed by Gifford (I) Miller, Terri (I) Fiez, Terri Fiez, Eric Thompson, Chrystal Pochay, Russell Moore, Gregory (I) Brown, Melanie (I) Marquez Parra, Justin (I) Smith, Merritt (I) Turetsky, Russell (I) Moore, Debbie Chapman, Chrystal (I) Pochay, Gifford Miller, Debbie (I) Chapman, Merritt Turetsky, Justin Smith, Gregory Brown, Philip Distefano, Eric (I) Thompson, Melanie Marquez Parra, 31 MOTION to Dismiss *First Amended Complaint* filed by Sue Sharkey, Lesley Smith, Irene Griego, Heidi Ganahl, Illana Dubin Spiegel, Chance Hill, John Kroll, Board of Regents of the University of Colorado, Glan Gallegos, Linda Shoemaker. Motions referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 10/4/2022. (Text Only Entry) (rmsec ) (Entered: 10/04/2022) |
| 10/03/2022 | 32 | MOTION to Dismiss *First Amended Complaint* by Defendants the Board of Regents of the University of Colorado, Gregory Brown, Gregory (I) Brown, Debbie Chapman, Debbie (I) Chapman, Philip Distefano, Terri Fiez, Terri (I) Fiez, Melanie Marquez Parra, Melanie (I) Marquez Parra, Gifford Miller, Gifford (I) Miller, Russell Moore, Russell (I) Moore, Chrystal Pochay, Chrystal (I) Pochay, Justin Smith, Justin (I) Smith, Eric Thompson, Eric (I) Thompson, Merritt Turetsky, Merritt (I) Turetsky. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kallman, Hermine) Modified on 10/4/2022 to correct title as to named Defendants (sdunb, ). (Entered: 10/03/2022) |
| 10/03/2022 | 31 | MOTION to Dismiss *First Amended Complaint* by Defendants Dubin Spiegel, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Sue Sharkey, Linda Shoemaker, Lesley Smith. (Kallman, Hermine) Modified on 10/4/2022 to correct title as to named Defendants (sdunb, ). (Entered: 10/03/2022) |
| 08/24/2022 | 30 | |

| | | |
|---|---|---|
| | | ORDER granting 27 Stipulated Motion for Extension of Time. For good cause shown, the Fed. R. Civ. P. 4(m) deadline for Plaintiff to serve Defendants with process is extended to September 22, 2022. by Magistrate Judge Michael E. Hegarty on 08/24/2022. Text Only Entry(mehlc1, ) (Entered: 08/24/2022) |
| 08/24/2022 | 29 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons) (sdunb, ) (Entered: 08/24/2022) |
| 08/24/2022 | 28 | MEMORANDUM regarding 27 Stipulated MOTION for Extension of Time to *Serve Complaint* filed by Detlev Helmig. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Raymond P. Moore on 8/24/2022. (Text Only Entry) (rmsec ) (Entered: 08/24/2022) |
| 08/23/2022 | 27 | Stipulated MOTION for Extension of Time to *Serve Complaint* by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 08/23/2022) |
| 08/23/2022 | 26 | SUMMONS REQUEST as to Chance Hill, Linda Shoemaker, Irene Griego re 7 Amended Complaint,, by Plaintiff Detlev Helmig. (Attachments: # 1 Summons Linda Shoemaker, # 2 Summons Irene Griego)(Tumin, Rachel) (Entered: 08/23/2022) |
| 08/16/2022 | 25 | Administrative Notice: The 24 Summonses submitted do not match the defendant names on the 7 Amended Complaint. Please correct "GLEN GALLEGOS" to "GLAN GALLEGOS" (Text Only Entry) (sdunb, ) (Entered: 08/16/2022) |
| 08/15/2022 | 24 | SUMMONS REQUEST as to Chance Hill, Linda Shoemaker, Irene Griego re 7 Amended Complaint,, by Plaintiff Detlev Helmig. (Attachments: # 1 Summons Linda Shoemaker, # 2 Summons Irene Griego)(Tumin, Rachel) (Entered: 08/15/2022) |
| 08/09/2022 | 23 | SCHEDULING ORDER by Magistrate Judge Michael E. Hegarty on 9 August 2022. (cmadr, ) (Entered: 08/10/2022) |
| 08/09/2022 | 22 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Scheduling Conference held on 8/9/2022. FTR: A501. (cthom, ) (Entered: 08/09/2022) |
| 08/08/2022 | 21 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons) (sdunb, ) (Entered: 08/08/2022) |
| 08/08/2022 | 20 | NOTICE of Entry of Appearance by Hermine Kallman on behalf of Board of Regents of the University of Colorado, Gregory Brown, Gregory (I) Brown, Debbie Chapman, Debbie (I) Chapman, Philip Distefano, Illana Dubin Spiegel, Terri Fiez, Terri (I) Fiez, Glan Gallegos, Heidi Ganahl, John Kroll, Melanie Marquez Parra, Melanie (I) Marquez Parra, Gifford Miller, Gifford (I) Miller, Russell Moore, Russell (I) Moore, Chrystal Pochay, Chrystal (I) Pochay, Sue Sharkey, Lesley Smith, Steve Smith, Steve (I) Smith, Eric Thompson, Eric (I) Thompson, Merritt Turetsky, Merritt (I) TuretskyAttorney Hermine Kallman added to party Board of Regents of the University of Colorado(pty:dft), Attorney Hermine Kallman added to party Gregory Brown(pty:dft), Attorney Hermine Kallman added to party Gregory (I) Brown(pty:dft), Attorney Hermine Kallman added to party Debbie Chapman(pty:dft), Attorney Hermine Kallman added to party Debbie (I) Chapman(pty:dft), Attorney Hermine Kallman added to party Philip Distefano(pty:dft), Attorney Hermine Kallman added to party Illana Dubin Spiegel(pty:dft), Attorney Hermine Kallman added to party Terri Fiez(pty:dft), Attorney Hermine Kallman added to party Terri (I) Fiez(pty:dft), Attorney Hermine Kallman added to party Glan Gallegos(pty:dft), Attorney Hermine Kallman added to party Heidi Ganahl(pty:dft), Attorney Hermine Kallman added to party John Kroll(pty:dft), Attorney Hermine Kallman added to party Melanie Marquez Parra(pty:dft), Attorney Hermine Kallman added to party Melanie (I) Marquez Parra(pty:dft), |

| | | |
|---|---|---|
| | | Attorney Hermine Kallman added to party Gifford Miller(pty:dft), Attorney Hermine Kallman added to party Gifford (I) Miller(pty:dft), Attorney Hermine Kallman added to party Russell Moore(pty:dft), Attorney Hermine Kallman added to party Russell (I) Moore(pty:dft), Attorney Hermine Kallman added to party Chrystal Pochay(pty:dft), Attorney Hermine Kallman added to party Chrystal (I) Pochay(pty:dft), Attorney Hermine Kallman added to party Sue Sharkey(pty:dft), Attorney Hermine Kallman added to party Lesley Smith(pty:dft), Attorney Hermine Kallman added to party Steve Smith(pty:dft), Attorney Hermine Kallman added to party Steve (I) Smith(pty:dft), Attorney Hermine Kallman added to party Eric Thompson(pty:dft), Attorney Hermine Kallman added to party Eric (I) Thompson(pty:dft), Attorney Hermine Kallman added to party Merritt Turetsky(pty:dft), Attorney Hermine Kallman added to party Merritt (I) Turetsky(pty:dft) (Kallman, Hermine) (Entered: 08/08/2022) |
| 08/05/2022 | 19 | SUMMONS REQUEST as to The University of Colorado Board of Regents; Chancellor Philip DiStefano; Glen Gallegos; Heidi Ganahl; John Kroll; Sue Sharkey; Lesley Smith; Terri Fiez; Gifford Miller; Russell Moore; Steve Smith; Merritt Turetsky; Gregory Brown; Debbie Chapman; Melanie Marquez Parra; Chrystal Pochay; Illana Dubin Spiegel; Eric Thompson; Estate of Frances Draper re 7 Amended Complaint,, by Plaintiff Detlev Helmig. (Attachments: # 1 Summons Philip DiStefano, # 2 Summons Gregory Brown, # 3 Summons Debbie Chapman, # 4 Summons Melanie Marquez Parra, # 5 Summons Chrystal Pochay, # 6 Summons Eric Thompson, # 7 Summons Terri Fiez, # 8 Summons Merritt Turetsky, # 9 Summons Steve Smith, # 10 Summons Gifford Miller, # 11 Summons Illana Dubin Spiegel, # 12 Summons Heidi Ganahl, # 13 Summons John Kroll, # 14 Summons Sue Sharkey, # 15 Summons Leslie Smith, # 16 Summons Glen Gallegos, # 17 Summons Estate of Frances Draper, # 18 Summons Russell Moore)(Tumin, Rachel) (Entered: 08/05/2022) |
| 08/05/2022 | 18 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED By Judge Raymond P. Moore on 8/5/2022. (Text Only Entry) (rmsec ) (Entered: 08/05/2022) |
| 08/05/2022 | 17 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non−dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. By Judge Raymond P. Moore on 8/5/2022. (Text Only Entry) (rmsec ) (Entered: 08/05/2022) |
| 08/05/2022 | 16 | Administrative Notice: Administrative Notice: The 14 Summonses submitted are incomplete and will not be issued − all defendants must be listed in the caption − et al can not be used. Please complete the forms for issuance using the Summons Request event. (Text Only Entry) (athom, ) (Entered: 08/05/2022) |
| 08/04/2022 | 15 | MEMORANDUM RETURNING CASE by Senior Judge Blackburn. This case is randomly |

| | | |
|---|---|---|
| | | reassigned to Judge Raymond P. Moore and drawn to Magistrate Judge Michael E. Hegarty. All future pleadings should be designated as 22−cv−00836−RM. (athom, ) (Entered: 08/05/2022) |
| 08/04/2022 | 14 | SUMMONS REQUEST as to The University of Colorado Board of Regents; Chancellor Philip DiStefano; Glen Gallegos; Heidi Ganahl; John Kroll; Sue Sharkey; Lesley Smith; Terri Fiez; Gifford Miller; Russell Moore; Steven Smith; Merritt Turetsky; Gregory Brown; Debbie Chapman; Melanie Marquez Parra; Chrystal Pochay; Illana Dubin Spiegel; and Eric Thompson re 7 Amended Complaint,, by Plaintiff Detlev Helmig. (Attachments: # 1 Summons Philip DiStefano, # 2 Summons Gregory Brown, # 3 Summons Debbie Chapman, # 4 Summons Melanie Marquez Parra, # 5 Summons Chrystal Pochay, # 6 Summons Eric Thompson, # 7 Summons Terri Fiez, # 8 Summons Merritt Turetsky, # 9 Summons Steven Smith, # 10 Summons Gifford Miller, # 11 Summons Illana Dubin Spiegel, # 12 Summons Heidi Ganahl, # 13 Summons John Kroll, # 14 Summons Sue Sharkey, # 15 Summons Leslie Smith, # 16 Summons Glen Gallegos, # 17 Summons Estate of Frances Draper, # 18 Summons Russell Moore)(Tumin, Rachel) (Entered: 08/04/2022) |
| 08/04/2022 | 13 | CASE REASSIGNED pursuant to 12 Order. All parties do not consent. This case is randomly reassigned to Judge Robert E. Blackburn and drawn to Magistrate Judge Michael E. Hegarty. All future pleadings should be designated as 22−cv−00836−REB. (Text Only Entry) (cmadr, ) (Entered: 08/04/2022) |
| 08/04/2022 | 12 | Minute ORDER by Magistrate Judge Michael E. Hegarty on 4 August 2022. Pursuant to the form declining consent under D.C. Colo. LCivR 40.1(c) at ECF 11 , the Court directs the Clerk of Court to reassign this case under D.C. Colo. LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c). (cmadr, ) (Entered: 08/04/2022) |
| 08/03/2022 | 11 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Detlev Helmig All parties do not consent.. (Tumin, Rachel) (Entered: 08/03/2022) |
| 08/03/2022 | 10 | Proposed Scheduling Order by Plaintiff Detlev Helmig. (Tumin, Rachel) (Entered: 08/03/2022) |
| 07/14/2022 | 9 | Minute ORDER by Magistrate Judge Michael E. Hegarty on 14 July 2022. Pursuant to the parties' emailed request, the Fed. R. Civ. P. 16(b) Scheduling Conference currently set for August 3, 2022 is **reset to August 9, 2022 at 11:30 a.m.** in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The parties shall complete and file the Magistrate Judge Consent Form (ECF 3 ) on or before August 2, 2022. (cmadr, ) (Entered: 07/14/2022) |
| 06/24/2022 | 8 | NOTICE of Filing Amended Pleading re 7 Amended Complaint,, by Plaintiff Detlev Helmig (Attachments: # 1 Exhibit 1 − Redline of Amended Complaint)(Moore, Brian) (Entered: 06/24/2022) |
| 06/24/2022 | 7 | AMENDED COMPLAINT *and Jury Demand* against Gregory Brown, Debbie Chapman, Terri Fiez, Melanie Marquez Parra, Gifford Miller, Russell Moore, Chrystal Pochay, Steve Smith, Eric Thompson, Merritt Turetsky, Chancellor Of The University Of Colorado Boulder, Philip Distefano, Illana Dubin Spiegel, Glan Gallegos, Heidi Ganahl, Irene Griego, Chance Hill, John Kroll, Sue Sharkey, Linda Shoemaker, Lesley Smith, Estate of Frances Draper, The University of Colorado Board Of Regents, filed by Detlev Helmig.(Tumin, Rachel) (Entered: 06/24/2022) |
| 06/17/2022 | 6 | Minute ORDER by Magistrate Judge Michael E. Hegarty on 16 June 2022. Due to a conflict in the Court's calendar, the Fed. R. Civ. P. 16(b) Scheduling Conference currently set for July 19, 2022 is **reset to August 3, 2022 at 11:00 a.m.** in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Consent Form due by 7/27/2022. (cmadr, ) (Entered: 06/17/2022) |

| | | |
|---|---|---|
| 04/18/2022 | 5 | Minute ORDER by Magistrate Judge Michael E. Hegarty on 18 April 2022. Consent Form due by 7/12/2022. Proposed Scheduling Order due 7/12/2022. Scheduling Conference set for 7/19/2022 10:15 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (cmadr, ) (Entered: 04/18/2022) |
| 04/07/2022 | 4 | NOTICE of Entry of Appearance by Rachel I. Tumin on behalf of Detlev HelmigAttorney Rachel I. Tumin added to party Detlev Helmig(pty:pla) (Tumin, Rachel) (Entered: 04/07/2022) |
| 04/07/2022 | 3 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. NO summons issued. (agarc, ) (Entered: 04/07/2022) |
| 04/06/2022 | 2 | Case assigned to Magistrate Judge Michael E. Hegarty. Text Only Entry. (agarc, ) (Entered: 04/07/2022) |
| 04/06/2022 | 1 | COMPLAINT *and Jury Demand* against Justin Arico, Associate Director of INSTAAR, Associate Vice President Internal Audit Department, Audit Managers, Audit Seniors, Board of Regents of the University of Colorado, Gregory Brown, Nicole Carleton, Debbie Chapman, FRANCES DRAPER, Dean of the Institutes, Director of Communications and Chief Spokesperson, Director of INSTAAR, Director of Investigations Internal Audit Department, Tim Dulaney, Patty Durbin, TERRI FIEZ, Financial and Accounting Program Manager INSTAAR, Fiscal Compliance Analyst Campus Controllers Office, STEVE HURLBERT, INSTITUTE OF ARCTIC AND ALPINE RESEARCH, Brett Kellum, Melanie MARQUEZ Parra, LINDSAY MCCANDLESS, GIFFORD MILLER, Manager Investigations Internal Audit Department, Sean Mandel, Karisa McCulloch, Russell Moore, Chrystal Pochay, Project Manager Office of Contracts and Grants, Provost and Executive Vice Chancellor for Academic Affairs, Senior Advisory Internal Audit Department, Senior Audit Managers, Senior Human Resources Professional INSTAAR, Senior Strategic Advisor Community and Government Engagement, Justin Smith, Steve Smith, Kathleen Sutherland, MERRITT TURETSKY, Eric Thompson, Sarah Tuttle, Agnessa Vartanova, Vice Chancellor for Research and Innovation (Filing fee $ 402,Receipt Number ACODC−8396774)Attorney Brian Thomas Moore added to party Detlev Helmig(pty:pla), filed by Detlev Helmig. (Attachments: # 1 Civil Cover Sheet)(Moore, Brian) (Entered: 04/06/2022) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00836-RM-TPO

DETLEV HELMIG,

Plaintiff,

v.

THE UNIVERSITY OF COLORADO BOARD OF REGENTS, a body corporate;
PHILIP DISTEFANO, in his official capacity as Chancellor of the University of Colorado-Boulder;
TERRI FIEZ,
GIFFORD MILLER,
MERRITT TURETSKY, in their individual capacities; and
GLEN GALLEGOS,
HEIDI GANAHL,
IRENE GRIEGO,
CHANCE HILL,
JOHN KROLL,
SUE SHARKEY,
LINDA SHOEMAKER, and
LESLEY SMITH, in their individual capacities as members of the University of Colorado Board of Regents;

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 65) by Senior District Judge Raymond P. Moore entered on September 12, 2023, it is

ORDERED that the Magistrate Judge Michael E. Hegarty's Recommendation is ADOPTED IN PART. It is further

ORDERED that judgment is hereby entered in favor of Defendants, Irene Griego; Chance Hill; John Kroll; Sue Sharkey; Linda Shoemaker; Lesley Smith; Glan Gallegos; and Heidi Ganahl, and against Plaintiff, Detlev Helmig, on Defendants' Motion to Dismiss.

Pursuant to the Order (Doc. 111) by Senior District Judge Raymond P. Moore entered on June 30, 2025, it is

ORDERED that judgment is hereby entered in favor of Defendants, The University of Colorado Board of Regents; Justin Schwartz; Terri Fiez; Gifford Miller; and Merritt Turetsky, and against Plaintiff, Detlev Helmig, on Defendants' Motion for Summary Judgment. It is further

ORDERED that Plaintiff's complaint and action are dismissed.

Dated this 30th day of June, 2025.

FOR THE COURT:
JEFFREY P. COLWELL

By: s/ *Robert R. Keech*
Robert R. Keech,
Deputy Clerk

Case 1:22-cv-00836-RM-CYC Document 115 Filed 07/29/25 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NUMBER: 1:22-cv-00836-RM-CYC

DETLEV HELMIG,
Plaintiff,
v.
THE UNIVERSITY OF COLORADO BOARD OF REGENTS, a body corporate; et al.,
Defendants.

---

**NOTICE OF APPEAL**

---

Plaintiff Detlev Helmig, through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on June 30, 2025.

Respectfully submitted this 29th day of July 2025.

JESTER GIBSON & MOORE, LLP

*/s/ Brian T. Moore*
Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO 80202
(303) 377-7888
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2025, a true and correct copy of the above and foregoing **NOTICE OF APPEAL** was served via CM/ECF to:

Hermine Kallman
Megan Clark
Erica Weston
1800 Grant Street, Suite 700
Denver, CO 80203
Tel. 303 860 5713
Fax 303 860 5650
e-mail: Hermine.kallman@cu.edu
e-mail: Megan.Clark@cu.edu
e-mail: Erica.Weston@cu.edu
Attorneys for Defendants

*/s/ Brian T. Moore*
Brian T. Moore