**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2024)**

## PART I – Case Information and Contact Information

Case Name: **Helmig v. Board of Regents of the University of Colorado, et al.** District Case Number: **1:22-CV-00836-RM-CYC**
District Court: **U.S. District Court for the District of Colorado** Circuit Court Appeal Number: **25-1294**
Name of Attorney/Pro Se Party Completing this Form: **Denison Goodrich-Schlenker**
Name of Law Firm/Office: **Jester Gibson & Moore, LLP**
Address: **1999 Broadway, Suite 3225, Denver Colorado 80202**
Phone: **303-377-7888** Email: **dgoodrich@jgllp.com**
Attorney For: **Appellant, Detlev Helmig**

## PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ **I am not ordering a transcript because (check one):**

- ☐ a transcript is not necessary for this appeal;
- ☐ the necessary transcript is already on file in the district court; or
- ☐ the necessary transcript was ordered previously in appeal number ________________.

☒ **I hereby order the following transcript(s) from The United States District Court, District of Colorado** (name of court reporter)**.** One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) |
|---|---|---|---|
| Status Conference | 2/14/2023 | 55 | 30-day |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PART III – Choose the manner of payment for the transcript(s) ordered.

☒ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☐ This case **IS proceeding under the Criminal Justice Act, and (check one):**

- ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
- ☐ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

## Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, Denison Goodrich-Schlenker, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in <u>both</u> the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: *<u>/s/ Denison Goodrich-Schlenker</u>* Date: <u>August 12, 2025</u>

## PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, ______________________________, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: ______________________________ Date:______________